**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

September 9, 2009

Clerk, U.S. Bankruptcy Court

RE: Stanley & Joan Meshinski
    Bankruptcy Case No. 5-04-54230
    Unclaimed Funds For: GMAC Mortgage
                              3451 Hammond Avenue
                              Waterloo IA 50702


Dear Clerk:

   Enclosed herewith please find check No.751164 for $553.86 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

   Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                              Very truly yours,

                              Carol A. Kreider
                              Funds Manager

FILED WILKES-BARRE, PA 2009 SEP 11 AM 10: 58 U.S. BANKRUPTCY COURT